# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

ZHANETTE CRANSTON )
 ) **JURY TRIAL DEMANDED**
**Plaintiff,** )
 )
v. ) **Case No.**
 )
**EXPERIAN INFORMATION SOLUTIONS,** )
**INC** )
**Defendant.** )
 )
 )

## COMPLAINT FOR DAMAGES

Plaintiff, ZHANETTE CRANSTON ("Plaintiff"), by and through the undersigned Counsel, hereby brings this Complaint against the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC ("EXPERIAN"), and alleges as follows:

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p because this case arises under federal law.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this District, and Plaintiff resides here.

## PARTIES

3. Plaintiff, ZHANETTE CRANSTON, is a natural person and a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. EXPERIAN, is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f), authorized to do business in Florida, and regularly conducts business in Broward County.

Zhanette Cranston v. EXPERIAN

5. More specifically, EXPERIAN, for monetary fees, dues, and/or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses mans or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, specifically the mail and internet.  As a CRA, EXPERIAN is aware of its obligations under the FCRA.

## FACTUAL ALLEGATIONS

6. On or about August 25, 2025, Plaintiff obtained a copy of her credit report from EXPERIAN.

7. On September 9, 2025, Plaintiff mailed a letter to EXPERIAN disputing the accuracy and completeness of the following tradeline accounts: ACIMA DIGITAL FKA SIMPLE, EDFINANCIAL SERVICES LLC, NATIONAL CREDIT SYSTEMS, and WELLS FARGO AUTO.

8. EXPERIAN received the Plaintiff's dispute on September 13, 2025.

9. Upon information and belief, EXPERIAN provided all of the relevant information in Plaintiff's dispute to ACIMA DIGITAL FKA SIMPLE, EDFINANCIAL SERVICES LLC, NATIONAL CREDIT SYSTEMS, and WELLS FARGO AUTO.

10. Alternatively, upon information and belief, EXPERIAN did not provide all of the relevant information in Plaintiff's dispute to ACIMA DIGITAL FKA SIMPLE, EDFINANCIAL SERVICES LLC, NATIONAL CREDIT SYSTEMS, and WELLS FARGO AUTO.

11. EXPERIAN has refused to invest time, money, and effort in carrying out its duties under the FCRA.

12. As a result, the ACIMA DIGITAL FKA SIMPLE, EDFINANCIAL SERVICES LLC, NATIONAL CREDIT SYSTEMS, and WELLS FARGO AUTO accounts remain inaccurate and incomplete.

13. Experian's failure to conduct a reasonable reinvestigation of Plaintiff's dispute, as required by 15 U.S.C. § 1681i(a), caused Plaintiff to suffer harm by allowing inaccurate and incomplete information to remain in her credit file. As a result, Plaintiff

2

Zhanette Cranston v. EXPERIAN

experienced reputational harm, reduced credit scores, emotional distress, loss of time, and other financial and personal injuries.

## MISSING ACCOUNT NUMBERS, MISSING ACCOUNT INFORMATION, AND MISSING/INACCURATE PAYMENT HISTORY

14. Experian's disclosure omitted information that was maintained in its file at the time of her request.

15. Regarding the WELLS FARGO AUTO tradeline, Plaintiff discovered the following errors:
    a. Incomplete account number.
    b. "Date opened" was incomplete and did not match the payment history.
    c. "Recent Payment" section is incomplete.
    d. "Monthly Payment" section is incomplete.
    e. "Highest Payment" section is incomplete.
    f. "On Record" section is incomplete.
    g. March 2021 payment history is incomplete.
    h. The Balance History is incomplete for September 2024, October 2024, January 2025, and February 2025.

16. Regarding the SACIMA DIGITAL FKA SIMPLE tradeline, Plaintiff discovered the following errors:
    a. Incomplete account number.
    b. "Recent Payment" section is incomplete.
    c. "Monthly Payment" section is incomplete.
    d. "Highest Balance" section is incomplete.
    e. "On Record" section is incomplete.
    f. Payment History is inaccurate for November 2019, December 2019, and January 2020.

17. Regarding the EDFINANCIAL SERVICES LLC tradeline, Plaintiff discovered the following errors:
    a. Incomplete account number.
    b. "Date opened" is incomplete and does not match the payment history.
    c. "Recent Payment" section is incomplete.
    d. "Highest Balance" is incomplete.
    e. The March 2025 Balance History is incomplete.

3

Zhanette Cranston v. EXPERIAN

f. Payment history is incomplete for January 2020, February 2020, October 2023, November 2023, December 2023, January 2024, February 2024, March 2024, April 2024, May 2024, July 2024, August 2024, September 2024, January 2025, February 2025, March 2025, and April 2025.

18. Regarding the NATIONAL CREDIT SYSTEMS tradeline account, Plaintiff discovered the following errors:
   a. Incomplete account number.
   b. "Date opened" is incomplete and does not match the payment history.
   c. "Recent Payment" section is incomplete.
   d. "Monthly Payment" section is incomplete.
   e. "Highest Balance" is incomplete.
   f. "On Record" section is incomplete.
   g. Payment history is incomplete for January 2021, February 2021, March 2021, July 2021, July 2022, July 2023, May 2024, and April 2025.

19. When EXPERIAN produced and sold reports regarding Plaintiff to third parties, the incomplete and inaccurate information was included in those reports.

20. Plaintiff further asserts that upon information and belief, the data furnishers reported the full account numbers, missing account information, and payment history belonging to their respective accounts to EXPERIAN, and this information was contained within EXPERIAN'S file regarding Plaintiff at the time of her request.

21. The accuracy of EXPERIAN'S reports to third parties demonstrates its ability to comply with 15 U.S.C. § 1681g(a) as well as the contents of its files.

22. 15 U.S.C. § 1681g(a) imposes a duty on EXPERIAN to clearly and accurately disclose all of the information regarding the accounts in Plaintiff's file, and EXPERIAN breached its duty by failing to provide the full account numbers, omitting account information, and omitting and misreporting payment history.

23. Additionally, EXPERIAN violated 15 U.S.C. § 1681e(b) by failing to establish or follow reasonable procedures to assure maximum possible accuracy in the preparation of Plaintiff's consumer report.

24. Furthermore, a 2000 FTC Opinion Letter (Advisory Opinion to Darcy, June 30, 2000) explained that "it is our view that a CRA that always scrambles or truncates account (or social security) numbers does not technically comply with Section 609 because it does

4

Zhanette Cranston v. EXPERIAN

not provide 'accurate' (and perhaps not 'clear') disclosure of all information' in the file." *See Plaintiff's Exhibit C attached hereto.*

25. EXPERIAN's failure to accurately, fully, and clearly disclose the information within its files regarding Plaintiff deprived her of her statutory right to access her complete credit file, causing Plaintiff to suffer emotional distress, anger, anxiety, and other negative emotions.

**COUNT I**
*Violation of FCRA-15 U.S.C. § 1681i*

26. Plaintiff re-alleges and reincorporates the allegations set forth in as fully set forth herein.

27. In preparing the Plaintiff's credit files, Experian did not investigate Plaintiff's claims and instead relied upon verification from a source or sources they have reason to know are unreliable.

28. Further, Experian violated Section 1681i by failing to conduct a reasonable reinvestigation. Section 1681i demands that when Plaintiff notified each CRA directly of her disputes, that party, the consumer reporting agency that received the disputes, must investigate those disputes. The statute does not contemplate someone other than Experian conducting the investigation.

29. As a result of Experian's violations of 15 U.S.C. § 1681i, the Plaintiff is entitled to recover her actual damages pursuant to 15 U.S.C. § 1681n and/or § 1681o, or in the alternative her statutory damages of $1,000 pursuant to 15 U.S.C. § 1681n.

30. Experian's conduct, action, and inaction were willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.

31. The Plaintiff is entitled to recover costs and attorneys' fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

32. These omissions occurred even though the full account numbers, account details, and payment histories had been reported to EXPERIAN by the respective data furnishers and were maintained in EXPERIAN's internal system.

5

33. EXPERIAN willfully and/or negligently failed to comply with § 1681g(a)(1) by omitting full account numbers, account information, and payment history for Plaintiff's tradelines.

34. By failing to provide Plaintiff with a complete and accurate disclosure of all information in her file, EXPERIAN deprived her of the ability to verify the accuracy of her credit file, identify potential errors, and exercise her statutory rights under the Fair Credit Reporting Act.

35. As a direct and proximate result of EXPERIAN'S conduct, Plaintiff has suffered actual damages, including but not limited to the loss of her ability to meaningfully review her credit file, loss of the ability to identify inaccuracies, emotional distress, frustration, and other harms.

36. Additionally, Plaintiff suffered actual damages, including a reduced credit score, harm to credit reputation, emotional distress, loss of credit opportunities, higher interest rates, higher insurance premiums, and financial loss.

37. EXPERIAN's violations of 15 U.S.C. § 1681g(a)(1) were willful, entitling Plaintiff to statutory damages of up to $1,000 per violation plus costs, pursuant to 15 U.S.C. § 1681n.  Moreover, EXPERIAN acted negligently, entitling Plaintiff to actual damages and attorney's fees pursuant to 15 U.S.C. § 1681o.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, and award the following relief:

a.      Actual damages;

b.      Statutory damages;

c.      Punitive damages;

d.      Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n and 1681o;

e.      Such other and further relief as this Court deems just and proper.

6

Zhanette Cranston v. EXPERIAN

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff hereby demands trial by jury on all issues so triable.

Respectfully Submitted on September 29, 2025 by:



Miranda Jackson, Esq.
FBN 0098593
Attorney for Plaintiff
The Good Lawyers, PLLC
501 N. Magnolia Ave
Orlando, FL 32801
(407) 710-0130
mjackson@yourgoodlawyers.com

7

Prepared For

# ZHANETTE CRANSTON

**Personal & Confidential**

Date Generated   Sep 23, 2025

Report Number   3902-8729-96

## At a Glance   6 Accounts          0 Public Records          0 Hard Inquiries

## Personal Information

2 Names          3 Addresses          1 Employers          3 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| ZHANETTE CRANSTON | ZHANETTE OWENA CRANSTON |
|---|---|
| Name ID #12808 | Name ID #21506 |

## Addresses

| 4032 S SENTOUS AVE WEST COVINA CA, 91792-3125 | 2523 SW 82ND AVE MIRAMAR FL, 33025-2993 | 8276 NW 28TH ST PEMBROKE PINES FL, 33024-3185 |
|---|---|---|
| Address ID #0180592428 Single family | Address ID #0616929290 Single family | Address ID #0777573548 Single family |

# EXHIBIT A

# Year of Birth

1999

# Phone Numbers

**(954) 860-0055**

Cellular

**(954) 665-6611**

Cellular

# Employers

ZHANETTE STYLEZ

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## AMERICAN EXPRESS

### Account Info

| | |
|---|---|
| Account Name | **AMERICAN EXPRESS** |
| Account Number | **3499928368822663** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **12/09/2020** |
| Status | **Inactive/Never late.** |
| Status Updated | **Mar 2021** |
| Balance | **-** |
| Balance Updated | **-** |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $4,000 |
| Highest Balance | $2,966 |
| Terms | - |
| On Record Until | **Mar 2026** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓  Current / Terms met

This account is scheduled to continue on record until Mar 2026.

## Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

# CAPITAL ONE

## Account Info

| | |
|---|---|
| Account Name | **CAPITAL ONE** |
| Account Number | **468839XXXXXXXXXX** |
| Account Type | **Credit card** |
| Responsibility | **Authorized user** |
| Date Opened | **11/12/2011** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2025** |
| Balance | **$2,229** |
| Balance Updated | **08/11/2025** |
| Recent Payment | - |
| Monthly Payment | **$81** |
| Credit Limit | **$3,000** |
| Highest Balance | **$2,618** |

Terms

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met

## 📋 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $2,242 | $82 | $0 on 7/5/2025 |
| Jun 2025 | $2,322 | $84 | $0 on 6/3/2025 |
| May 2025 | $2,366 | $89 | $0 on 5/3/2025 |
| Apr 2025 | $2,541 | $82 | $0 on 4/4/2025 |
| Mar 2025 | $1,205 | $50 | $0 on 3/4/2025 |
| Feb 2025 | $1,321 | $53 | $0 on 2/3/2025 |
| Jan 2025 | $1,754 | $55 | $0 on 1/3/2025 |
| Dec 2024 | $417 | $29 | $0 on 12/3/2024 |
| Nov 2024 | $254 | $29 | $0 on 11/4/2024 |
| Oct 2024 | $96 | $29 | $0 on 9/4/2024 |
| Sep 2024 | $0 | $0 | $0 on 9/4/2024 |
| Aug 2024 | $311 | $29 | $183 on 8/3/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2024** | **$483** | **$29** | **$150 on 6/29/2024** |
| **Jun 2024** | **$585** | **$29** | **$100 on 6/3/2024** |
| **May 2024** | **$400** | **$29** | **$100 on 5/3/2024** |
| **Apr 2024** | **$235** | **$29** | **$100 on 4/2/2024** |
| **Mar 2024** | **$327** | **$29** | **$100 on 3/4/2024** |
| **Feb 2024** | **$417** | **$29** | **$100 on 2/3/2024** |
| **Jan 2024** | **$505** | **$29** | **$150 on 1/2/2024** |
| **Dec 2023** | **$422** | **$29** | **$100 on 12/1/2023** |
| **Nov 2023** | **$180** | **$29** | **$150 on 11/1/2023** |
| **Oct 2023** | **$325** | **$29** | **$111 on 10/2/2023** |
| **Sep 2023** | **$0** | **$0** | **$113 on 9/5/2023** |

## Additional info

Between Sep 2023 and Jul 2025, your credit limit/high balance was $3,000

---



## Contact Info

| | |
|---|---|
| Address | **PO BOX 31293,**<br>**SALT LAKE CITY UT 84131** |
| Phone Number | **(800) 955-7070** |

---



# EDFINANCIAL SERVICES LLC

**UNDER DISPUTE**

---

## Account Info

| | |
|---|---|
| Account Name | **EDFINANCIAL SERVICES LLC** |
| Account Number | **116707XXXXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Date Opened | **09/21/2017** |
| Status | **Open/Never late.** |
| Status Updated | **Aug 2025** |

| | |
|---|---|
| Balance | $1,313 |
| Balance Updated | 08/31/2025 |
| Recent Payment | $35 as of 8/16/2025 |
| Monthly Payment | $7 |
| Original Balance | $1,168 |
| Highest Balance | - |
| Terms | 120 Months |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — |
| 2024 | ND | ND | ND | ND | ND | ✓ | ND | ND | ND | ND | ✓ | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met        ND   No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $1,344 | $7 | $0 on 6/11/2025 |
| Jun 2025 | $1,339 | $7 | $8 on 6/11/2025 |
| May 2025 | $1,342 | $7 | $7 on 5/19/2025 |
| Apr 2025 | $1,348 | $7 | $0 on 8/5/2023 |
| Feb 2025 | $1,338 | $53 | $0 on 8/5/2023 |
| Jan 2025 | $1,334 | $53 | $0 on 8/5/2023 |
| Dec 2024 | $1,329 | $53 | $0 on 8/5/2023 |
| Nov 2024 | $1,324 | $53 | $0 on 8/5/2023 |
| Oct 2024 | $1,320 | $0 | $0 on 8/5/2023 |
| Sep 2024 | $1,317 | $52 | $0 on 8/5/2023 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Aug 2024** | $1,312 | $52 | $0 on 8/5/2023 |
| **Jul 2024** | $1,307 | $52 | $0 on 8/5/2023 |
| **Jun 2024** | $1,303 | $52 | $0 on 8/5/2023 |
| **May 2024** | $1,298 | $0 | $0 on 8/5/2023 |
| **Apr 2024** | $1,294 | $51 | $0 on 8/5/2023 |
| **Mar 2024** | $1,289 | $51 | $0 on 8/5/2023 |
| **Feb 2024** | $1,285 | $51 | $0 on 8/5/2023 |
| **Jan 2024** | $1,281 | $0 | $0 on 8/5/2023 |
| **Dec 2023** | $1,276 | $50 | $0 on 8/5/2023 |
| **Nov 2023** | $1,272 | $50 | $0 on 8/5/2023 |
| **Oct 2023** | $1,268 | $50 | $0 on 8/5/2023 |
| **Sep 2023** | $1,263 | $50 | $0 on 8/5/2023 |

## Additional info

The original amount of this account was $1,168

---

 ## Contact Info

| Address | **120 N SEVEN OAKS DR, KNOXVILLE TN 37922** |
|---|---|
| Phone Number | (865) 342-5500 |

---

 ## Comment

### Current:

**None**
### Previous:

**Payment Deferred.**

Oct 2024, May 2024, Jan 2024

---

 ## Reinvestigation Info

**This item was updated from our processing of your dispute in May 2025.**

# NATIONAL CREDIT SYSTEMS

**POTENTIALLY NEGATIVE**

 **Account Info**

| | |
|---|---|
| Account Name | **NATIONAL CREDIT SYSTEMS** |
| Account Number | **408907X** |
| Account Type | **Collection** |
| Responsibility | **Joint with OWEN CRANSTON** |
| Date Opened | **04/10/2019** |
| Status | **Collection account. $4,475 past due as of Sep 2025.** |
| Status Updated | **Apr 2019** |
| Balance | **$4,475** |
| Balance Updated | **09/22/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$4,475** |
| Highest Balance | **-** |
| Terms | **1 Month** |
| On Record Until | **Nov 2025** |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | C | C | C | C | C | C | — | — | — |
| 2024 | C | C | C | C | ND | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | ND | C | C | C | C | C |
| 2022 | C | C | C | C | C | C | ND | C | C | C | C | C |
| 2021 | — | — | — | C | C | C | ND | C | C | C | C | C |

| | | | |
|---|---|---|---|
| C | Collection | ND | No data for this period |

**Payment history guide**

Collection as of Sep 2025 to Jun 2024,Apr 2024 to Aug 2023,Jun 2023 to Aug 2022,Jun 2022 to Aug 2021,Jun 2021 to Apr 2021

This account is scheduled to continue on record until Nov 2025.



### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Aug 2025** | $4,475 | $0 | $0 |
| **Jul 2025** | $4,475 | $0 | $0 |
| **Jun 2025** | $4,475 | $0 | $0 |
| **May 2025** | $4,475 | $0 | $0 |
| **Apr 2025** | $4,475 | $0 | $0 |
| **Mar 2025** | $4,475 | $0 | $0 |
| **Feb 2025** | $4,475 | $0 | $0 |
| **Feb 2025** | $4,475 | $0 | $0 |

### Additional info

The original amount of this account was $4,475



### Historical Info

| | |
|--|--|
| Original Creditor | **SSC TALLAHASSEE APARTMENTS LLC** |

### Contact Info

| | |
|--|--|
| Address | **PO BOX 672288, MARIETTA GA 30006** |
| Phone Number | **(404) 629-9595** |



### Comment

### Current:

**Completed investigation of FCRA dispute - consumer disagrees.**

### Previous:

**Completed investigation of FCRA dispute - consumer disagrees.**

Sep 2022 to Aug 2025



### Reinvestigation Info

This item was updated from our processing of your dispute in Sep 2025.

## SELF FINANCIAL/LEAD BANK



### Account Info

| | |
|---|---|
| Account Name | **SELF FINANCIAL/LEAD BANK** |
| Account Number | **1947XXXX** |
| Account Type | **Secured Loan** |
| Responsibility | **Individual** |
| Date Opened | **08/07/2020** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Apr 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$539** |
| Highest Balance | **-** |
| Terms | **12 Months** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ND | CLS | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met  CLS Closed

ND No data for this period

### Contact Info

| | |
|---|---|
| Address | **1801 MAIN ST,**<br>**KANSAS CITY MO 64108** |
| Phone Number | **(866) 845-9545** |



### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

# WELLS FARGO AUTO

**POTENTIALLY NEGATIVE**



## Account Info

| | |
|---|---|
| Account Name | **WELLS FARGO AUTO** |
| Account Number | **517655XXXXXX** |
| Account Type | **Auto Loan** |
| Responsibility | **Individual** |
| Date Opened | **03/04/2021** |
| Status | **Account charged off. $30,000 written off. $12,599 past due as of Sep 2025.** |
| Status Updated | **June 2024** |
| Balance | **$12,599** |
| Balance Updated | **09/22/2025** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$46,611** |
| Highest Balance | **-** |
| Terms | **72 Months** |
| On Record Until | **Jul 2029** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2024 | 90 | 90 | 90 | 90 | 90 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | 60 | 30 | 60 | 60 | 90 | 60 | 30 | 60 | 60 | 60 | 60 |
| 2022 | 30 | 30 | 30 | ✓ | 30 | 60 | 60 | 30 | 60 | ✓ | 30 | 30 |
| 2021 | — | — | — | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ | ✓ | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Case 0:25-cv-61954-AHS   Document 1   Entered on FLSD Docket 09/29/2025   Page 19 of 55

Charge Off as of Sep 2025 to Jun 2024

90 days past due as of May 2024 to Jan 2024,Jun 2023

60 days past due as of Dec 2023 to Sep 2023,Jul 2023,May 2023,Apr 2023,Feb 2023,Jan 2023,Sep 2022,Jul 2022,Jun 2022,Sep 2021

30 days past due as of Aug 2023,Mar 2023,Dec 2022,Nov 2022,Aug 2022,May 2022,Mar 2022 to Dec 2021,Aug 2021,Jul 2021

This account is scheduled to continue on record until Jul 2029.

---

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jul 2025** | $12,599 | $0 | $0 on 11/21/2024 |
| **Jun 2025** | $12,599 | $0 | $0 on 11/21/2024 |
| **May 2025** | $12,599 | $0 | $0 on 11/21/2024 |
| **Apr 2025** | $12,599 | $0 | $0 on 5/14/2024 |
| **Mar 2025** | $12,599 | $0 | $0 on 11/21/2024 |
| **Dec 2024** | $12,599 | $0 | $0 on 11/21/2024 |
| **Nov 2024** | $10,600 | $0 | $19,400 on 11/21/2024 |
| **Nov 2024** | $30,460 | $0 | $0 on 5/14/2024 |
| **Aug 2024** | $30,000 | $0 | $0 on 5/14/2024 |
| **Jul 2024** | $30,000 | $0 | $0 on 5/14/2024 |
| **Jun 2024** | $30,000 | $0 | $0 on 5/14/2024 |
| **May 2024** | $29,800 | $823 | $823 on 5/14/2024 |
| **Apr 2024** | $30,390 | $823 | $824 on 3/26/2024 |
| **Mar 2024** | $30,972 | $823 | $823 on 3/16/2024 |
| **Feb 2024** | $31,560 | $823 | $823 on 2/10/2024 |
| **Jan 2024** | $32,131 | $823 | $0 on 12/21/2023 |
| **Dec 2023** | $31,877 | $823 | $823 on 12/21/2023 |
| **Nov 2023** | $32,450 | $823 | $569 on 10/26/2023 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Oct 2023** | **$32,762** | **$823** | **$900 on 9/27/2023** |
| **Sep 2023** | **$33,422** | **$823** | **$0 on 8/22/2023** |

Additional info

The original amount of this account was $46,611

---

 Contact Info

Address

PO BOX 71092,
CHARLOTTE NC 28272

Phone Number

(800) 289-8004

---

 **Reinvestigation Info**

**This item was updated from our processing of your dispute in Sep 2025.**

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**You do not have any hard inquiries**

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own

credit report or using credit monitoring services, and have no impact on your credit score.

**AT&T SERVICES INC**
Inquired on 05/03/2025

200 W ATT CENTER DR, HOFFMAN ESTATES IL 60192
(800) 263-6021

**AT&T SERVICES INC**
Inquired on 12/26/2024

208 S AKARD ST, DALLAS TX 75202

**CONSUMERINFO.COM**
Inquired on 09/23/2025, 08/25/2025, 07/10/2025, 06/23/2025, 05/15/2025 and 04/16/2025

475 ANTON BLVD, COSTA MESA CA 92626

**CREDIT CONTROL, LLC**
Inquired on 12/14/2024

5757 PHANTOM DR STE 330, HAZELWOOD MO 63042
(314) 442-7400

**CREDIT KARMA**
Inquired on 09/23/2025, 09/22/2025, 09/21/2025, 09/20/2025, 09/16/2025, 09/15/2025, 09/11/2025, 09/09/2025, 09/07/2025, 09/02/2025, 09/01/2025, 08/30/2025, 08/29/2025, 08/28/2025, 08/27/2025, 08/24/2025, 08/23/2025, 08/22/2025, 08/19/2025, 08/17/2025, 08/15/2025, 08/14/2025, 08/12/2025, 08/11/2025, 08/09/2025, 08/05/2025, 08/04/2025,

**CREDIT KARMA**
Inquired on 09/20/2025, 09/17/2025, 09/13/2025, 09/10/2025, 09/06/2025, 09/03/2025, 09/01/2025, 08/27/2025, 08/16/2025, 08/14/2025, 08/09/2025, 08/06/2025, 08/02/2025, 07/30/2025, 07/27/2025, 07/23/2025, 07/19/2025, 07/16/2025, 07/12/2025, 07/09/2025, 07/05/2025, 07/02/2025, 06/29/2025, 06/25/2025, 06/21/2025, 06/18/2025, 06/14/2025,

**EXPERIAN**
Inquired on 09/23/2025, 08/25/2025, 07/10/2025, 06/23/2025, 05/15/2025, 04/16/2025 and 12/28/2024

475 ANTON BLVD, COSTA MESA CA 92626

**EXPERIAN**
Inquired on 09/23/2025, 09/20/2025, 09/13/2025, 09/10/2025, 09/08/2025, 09/06/2025, 08/30/2025, 08/29/2025, 08/27/2025, 08/23/2025, 08/18/2025, 08/16/2025, 08/14/2025, 08/13/2025, 08/09/2025, 08/08/2025, 08/02/2025, 07/26/2025, 07/23/2025, 07/21/2025, 07/19/2025, 07/18/2025, 07/16/2025, 07/12/2025, 07/05/2025, 06/28/2025, 06/21/2025,

| | | | |
|---|---|---|---|
| 08/01/2025, | 06/11/2025, | | 06/16/2025, |
| 07/29/2025, | 06/07/2025, | | 06/14/2025, |
| 07/24/2025, | 06/04/2025, | | 06/11/2025, |
| 07/23/2025, | 06/01/2025, | | 06/07/2025, |
| 07/22/2025, | 05/28/2025, | | 06/02/2025, |
| 07/21/2025, | 05/24/2025, | | 05/31/2025, |
| 07/19/2025, | 05/21/2025, | | 05/28/2025, |
| 07/17/2025, | 05/17/2025, | | 05/25/2025, |
| 07/14/2025, | 05/10/2025, | | 05/24/2025, |
| 07/11/2025, | 05/07/2025, | | 05/23/2025, |
| 07/10/2025, | 05/03/2025, | | 05/22/2025, |
| 07/09/2025, | 04/30/2025, | | 05/17/2025, |
| 07/07/2025, | 04/27/2025, | | 05/16/2025, |
| 07/04/2025, | 04/23/2025, | | 05/15/2025, |
| 07/01/2025, | 04/16/2025, | | 05/13/2025, |
| 06/30/2025, | 04/12/2025, | | 05/12/2025, |
| 06/24/2025, | 04/09/2025, | | 05/10/2025, |
| 06/23/2025, | 04/05/2025, | | 05/08/2025, |
| 06/18/2025, | 04/02/2025, | | 05/05/2025, |
| 06/17/2025, | 03/30/2025, | | 05/03/2025, |
| 06/16/2025, | 03/26/2025, | | 05/01/2025, |
| 06/15/2025, | 03/22/2025, | | 04/30/2025, |
| 06/12/2025, | 03/19/2025, | | 04/29/2025, |
| 06/09/2025, | 03/15/2025, | | 04/26/2025, |
| 06/03/2025, | 03/12/2025, | | 04/19/2025, |
| 06/02/2025, | 03/08/2025, | | 04/14/2025, |
| 06/01/2025, | 03/05/2025, | | 04/12/2025, |
| 05/29/2025, | 03/01/2025, | | 04/05/2025, |
| 05/28/2025, | 02/26/2025, | | 03/29/2025, |
| 05/26/2025, | 02/23/2025, | | 03/26/2025, |
| 05/24/2025, | 02/19/2025, | | 03/24/2025, |
| 05/23/2025, | 02/15/2025, | | 03/22/2025, |
| 05/22/2025, | 02/12/2025, | | 03/18/2025, |
| 05/17/2025, | 02/08/2025, | | 03/15/2025, |
| 05/16/2025, | 02/06/2025, | | 03/13/2025, |
| 05/14/2025, | 01/29/2025, | | 03/11/2025, |
| 05/13/2025, | 01/26/2025, | | 03/08/2025, |
| 05/12/2025, | 01/22/2025, | | 03/05/2025, |
| 05/10/2025, | 01/18/2025, | | 03/01/2025, |
| 05/09/2025, | 01/15/2025, | | 02/22/2025, |
| 05/06/2025, | 01/11/2025, | | 02/18/2025, |
| 05/05/2025, | 01/08/2025, | | 02/15/2025, |
| 05/03/2025, | 01/01/2025, | | 02/09/2025, |
| 05/02/2025, | 12/29/2024, | | 02/08/2025, |
| 05/01/2025, | 12/25/2024, | | 02/01/2025, |
| 04/30/2025, | 12/21/2024, | | 01/25/2025, |

04/29/2025,
04/21/2025,
04/20/2025,
04/19/2025,
04/17/2025,
04/15/2025,
04/14/2025,
04/10/2025,
04/07/2025,
04/01/2025,
03/31/2025,
03/28/2025,
03/27/2025,
03/25/2025,
03/24/2025,
03/22/2025,
03/19/2025,
03/18/2025,
03/16/2025,
03/15/2025,
03/14/2025,
03/13/2025,
03/12/2025,
03/11/2025,
03/09/2025,
03/08/2025,
03/07/2025,
03/06/2025,
03/05/2025,
03/04/2025,
03/03/2025,
03/01/2025,
02/28/2025,
02/25/2025,
02/24/2025,
02/19/2025,
02/18/2025,
02/17/2025,
02/16/2025,
02/15/2025,
02/12/2025,
02/11/2025,
02/10/2025,
02/07/2025,
02/06/2025,
02/04/2025,

12/18/2024,
12/14/2024,
12/11/2024,
12/07/2024,
12/04/2024,
12/01/2024,
11/27/2024,
11/20/2024,
11/16/2024,
11/13/2024,
11/09/2024,
11/06/2024,
11/02/2024,
10/30/2024,
10/27/2024,
10/23/2024,
10/19/2024,
10/16/2024,
10/12/2024,
10/09/2024,
10/02/2024,
09/28/2024 an
d 09/25/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

01/18/2025,
01/11/2025,
01/09/2025,
01/04/2025,
12/28/2024,
12/23/2024,
12/21/2024,
12/14/2024,
12/07/2024,
12/04/2024,
11/30/2024,
11/23/2024,
11/16/2024,
11/09/2024,
11/02/2024,
10/28/2024,
10/26/2024,
10/19/2024,
10/12/2024,
10/05/2024 an
d 09/28/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626
(866) 431-3471

02/03/2025,
02/01/2025,
01/29/2025,
01/27/2025,
01/23/2025,
01/21/2025,
01/18/2025,
01/17/2025,
01/16/2025,
01/13/2025,
01/10/2025,
01/07/2025,
01/06/2025,
01/01/2025,
12/30/2024,
12/29/2024,
12/26/2024,
12/24/2024,
12/23/2024,
12/22/2024,
12/19/2024,
12/18/2024,
12/15/2024,
12/11/2024,
12/10/2024,
12/07/2024,
12/06/2024,
12/05/2024,
12/01/2024,
11/28/2024,
11/27/2024,
11/25/2024,
11/24/2024,
11/23/2024,
11/22/2024,
11/21/2024,
11/20/2024,
11/17/2024,
11/16/2024,
11/15/2024,
11/14/2024,
11/13/2024,
11/12/2024,
11/11/2024,
11/10/2024,
11/09/2024,

11/08/2024,
11/06/2024,
11/04/2024,
11/01/2024,
10/31/2024,
10/29/2024,
10/28/2024,
10/26/2024,
10/25/2024,
10/23/2024,
10/21/2024,
10/18/2024,
10/14/2024,
10/08/2024,
10/07/2024,
10/04/2024,
10/02/2024,
10/01/2024,
09/30/2024,
09/26/2024,
09/25/2024 an
d 09/23/2024

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102
(415) 510-5272

**EXPERIAN**
Inquired on
08/25/2025,
07/10/2025,
06/23/2025,
05/15/2025,
04/16/2025 an
d 12/28/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
06/23/2025,
05/15/2025,
04/16/2025 an
d 12/28/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
05/22/2025,
05/13/2025,
03/26/2025,
01/09/2025 an
d 12/04/2024

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
04/14/2025 an
d 12/07/2024

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN
CREDITMATCH**
Inquired on
09/23/2025,

**EXPERIANHLLT
H/MEMORIAL H**
Inquired on
09/30/2024

**ID ME INC**
Inquired on
05/22/2025

**RESURGENT
CAPITAL
SERVIC**

| | | | |
|---|---|---|---|
| 09/10/2025, 09/08/2025, 09/06/2025, 08/29/2025, 08/27/2025, 08/18/2025, 08/16/2025, 08/14/2025, 08/13/2025, 08/08/2025, 07/23/2025, 07/21/2025, 07/18/2025, 07/16/2025, 06/16/2025, 06/11/2025, 06/02/2025, 05/28/2025, 05/25/2025, 05/23/2025, 05/22/2025, 05/16/2025, 05/15/2025, 05/13/2025, 05/12/2025, 05/08/2025, 05/05/2025, 05/01/2025, 04/30/2025, 04/29/2025, 04/14/2025, 03/26/2025, 03/24/2025, 03/18/2025, 03/13/2025, 03/11/2025, 03/05/2025, 02/18/2025, 02/09/2025, 01/09/2025, 12/04/2024, 11/23/2024 an d 10/28/2024 | 3051 N COMMERCE PKWY, MIRAMAR FL 33025 | 8281 GREENSBORO DR STE 600, TYSONS CORNER VA 22102 (866) 775-4363 | Inquired on 11/07/2024  PO BOX 10497, GREENVILLE SC 29603 (866) 464-1183 |
| 475 ANTON BLVD # D4, | | | |

COSTA MESA
CA 92626

**TRANSUNION
INTERACTIVE I**
Inquired on
02/10/2025,
01/09/2025,
12/05/2024 an
d 10/28/2024

100 CROSS ST
STE 202,
SAN LUIS
OBISPO CA
93401
(805) 782-8282

**WELLS FARGO
BANK, N.A.**
Inquired on
03/27/2025

PO BOX 14517,
DES MOINES IA
50306
(800) 642-4720

## Important Messages

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**
If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

your Experian Credit Report, Fraud Alerts, and
Security Freezes, visit Experian.com/help

## Mail

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property

loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps

to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **b.** Federal Trade Commission Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580 |
| **2.** To the extent not included in item 1 above:<br><br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>**d.** Federal Credit Unions | **c.** Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |

Case 0:25-cv-61954-AHS Document 1 Entered on FLSD Docket 09/29/2025 Page 32 of 55

**d.** National Credit Union
Administration
Office of Consumer Financial
Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for
Office of Aviation Consumer
Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance,
Governmental Affairs, and
Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act

Nearest Packers and
Stockyards Division Regional
Office

**6.** Small Business Investment Companies

Associate Administrator, Office
of Capital Access
United States Small Business
Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

**7.** Brokers and Dealers

Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549

| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
|---|---|
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers
- Notification of Rights for Colorado Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Maryland Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Washington Consumers

**INFORMATION MISSING WITH EXPERIAN August 25, 2025 DISCLOSURE**

ACIMA DIGITAL FKA SIMPLE

**Account Info:** Account Number 256XXXX is incomplete, Recent Payment is incomplete, Monthly Payment is incomplete, Highest Balance is incomplete, On Record Until is incomplete because the full date is not given.

**Payment History:** November 2019 and December 2019 is inaccurate, December 2019 and January 2020 is inaccurate.
**Numbers: 07**


**EDFINANCIAL SERVICES LLC**

**Account Info:** Account Number 116707XXXXXXXXXXXXXXXXXXXXXXXX is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Recent Payment is incomplete, Highest Balance is incomplete.

**Payment History:** January 2020 is incomplete, February 2020 is incomplete, October 2023 is incomplete, November 2023 is incomplete, December 2023 is incomplete, January 2024 is incomplete, February 2024 is incomplete, March 2024 is incomplete, April 2024 is incomplete, May 2024 is incomplete, July 2024 is incomplete, August 2024 is incomplete, September 2024 is incomplete, October 2024 is incomplete, December 2024 is 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete, March 2025 is incomplete, April 2025 is incomplete.

**Balance History:** March 2025 is incomplete.
**Numbers: 24**


**NATIONAL CREDIT SYSTEMS**

**Account Info:** Account Number 408907X is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Recent Payment is incomplete, Monthly Payment is incomplete, Highest Balance is incomplete, On Record Until is incomplete because the full date is not given.

**EXHIBIT B**

**Payment History:** January 2021 is incomplete, February 2021 is incomplete, March 2021 is incomplete, July 2021 is incomplete, July 2022 is incomplete, July 2023 is incomplete, May 2024 is incomplete, April 2025 is incomplete.

**Balance History:** March 2025 is incomplete.
**Numbers: 14**


**WELLS FARGO AUTO**

**Account Info:** Account Number 517655XXXXXX is incomplete, Date Opened is incomplete because it doesn't match with the payment history, Recent Payment is incomplete, Monthly Payment is incomplete, Highest Balance is incomplete, On Record Until is incomplete because the full date is not given.

**Payment History:** March 2021 is incomplete.

**Balance History:** September 2024 is incomplete, October 2024 is incomplete, January 2025 is incomplete, February 2025 is incomplete.
**Numbers: 11**

**Total: 56 missing incomplete pieces of information.**

Zhanette Owena Cranston
2523 SW 82nd Ave
Miramar FL 33025-2993

March 07th 1999
(954) 860-0055







Prepared For

## ZHANETTE CRANSTON

**Personal & Confidential**

**Date Generated**   Aug 25, 2025

**Report Number**   3703-9377-80

## At a Glance   7 Accounts          0 Public Records          0 Hard Inquiries

## Personal Information

2 Names          3 Addresses          1 Employers          3 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| ZHANETTE CRANSTON | ZHANETTE OWENA CRANSTON |
|---|---|
| Name ID #12808 | Name ID #21506 |

## Addresses

| 4032 S SENTOUS AVE WEST COVINA CA, 91792-3125 | 2523 SW 82ND AVE MIRAMAR FL, 33025-2993 | 8276 NW 28TH ST PEMBROKE PINES FL, 33024-3185 |
|---|---|---|
| Address ID #0180592428 Single family | Address ID #0616929290 Single family | Address ID #0777573548 Single family |

## Year of Birth

1999

## Phone Numbers

(954) 860-0055

Cellular

(954) 665-6611

Cellular

## Employers

ZHANETTE STYLEZ

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### ACIMA DIGITAL FKA SIMPLE
**POTENTIALLY NEGATIVE**



### Account Info

| | |
|---|---|
| Account Name | **ACIMA DIGITAL FKA SIMPLE** |
| Account Number | **256XXXX** |
| Account Type | **Lease** |
| Responsibility | **Individual** |
| Date Opened | **08/30/2019** |
| Status | **Account charged off. $2,112 written off. $2,112 past due as of Apr 2025.** |
| Status Updated | **Jan 2020** |
| Balance | **$2,112** |

| | |
|---|---|
| Balance Updated | 04/30/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $1,608 |
| Highest Balance | - |
| Terms | 12 Months |
| On Record Until | Jun 2026 |

---

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | — | — | — | — | — | — | — | ✓ | ✓ | 30 | 60 | C |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | C | Collection |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Apr 2025 to Jan 2020

Collection as of Dec 2019

60 days past due as of Nov 2019

30 days past due as of Oct 2019

This account is scheduled to continue on record until Jun 2026.

---

 **Contact Info**

| | |
|---|---|
| Address | 13907 S MINUTEMAN DR FL 5, DRAPER UT 84020 |
| Phone Number | (801) 297-1920 |

---

 **Comment**

**Current:**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

## Previous:

**None**

### Reinvestigation Info

This item was updated from our processing of your dispute in Apr 2025.

# AMERICAN EXPRESS



### Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | 3499928368822663 |
| Account Type | Credit card |
| Responsibility | Authorized user |
| Date Opened | 12/09/2020 |
| Status | Inactive/Never late. |
| Status Updated | Mar 2021 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $4,000 |
| Highest Balance | $2,966 |
| Terms | - |
| On Record Until | Mar 2026 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | — | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓ Current / Terms met

This account is scheduled to continue on record until Mar 2026.

### Additional info

Between Aug 2023 and Jul 2025, your credit limit/high balance was $3,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 31293, SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

## EDFINANCIAL SERVICES LLC

### Account Info

| | |
|---|---|
| Account Name | EDFINANCIAL SERVICES LLC |
| Account Number | 116707XXXXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Date Opened | 09/21/2017 |
| Status | Open/Never late. |
| Status Updated | Jul 2025 |
| Balance | $1,344 |
| Balance Updated | 07/31/2025 |
| Recent Payment | - |
| Monthly Payment | $7 |
| Original Balance | $1,168 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ND | ✓ | ✓ | ✓ | — | — | — | — | — |
| 2024 | ND | ND | ND | ND | ND | ✓ | ND | ND | ND | ND | ✓ | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |



✓  Current / Terms met       ND   No data for this period

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jun 2025 | $1,339 | $7 | $8 on 6/11/2025 |
| May 2025 | $1,342 | $7 | $7 on 5/19/2025 |
| Apr 2025 | $1,348 | $7 | $0 on 8/5/2023 |
| Feb 2025 | $1,338 | $53 | $0 on 8/5/2023 |
| Jan 2025 | $1,334 | $53 | $0 on 8/5/2023 |
| Dec 2024 | $1,329 | $53 | $0 on 8/5/2023 |
| Nov 2024 | $1,324 | $53 | $0 on 8/5/2023 |
| Oct 2024 | $1,320 | $0 | $0 on 8/5/2023 |
| Sep 2024 | $1,317 | $52 | $0 on 8/5/2023 |
| Aug 2024 | $1,312 | $52 | $0 on 8/5/2023 |
| Jul 2024 | $1,307 | $52 | $0 on 8/5/2023 |
| Jun 2024 | $1,303 | $52 | $0 on 8/5/2023 |
| May 2024 | $1,298 | $0 | $0 on 8/5/2023 |
| Apr 2024 | $1,294 | $51 | $0 on 8/5/2023 |
| Mar 2024 | $1,289 | $51 | $0 on 8/5/2023 |
| Feb 2024 | $1,285 | $51 | $0 on 8/5/2023 |
| Jan 2024 | $1,281 | $0 | $0 on 8/5/2023 |
| Dec 2023 | $1,276 | $50 | $0 on 8/5/2023 |
| Nov 2023 | $1,272 | $50 | $0 on 8/5/2023 |
| Oct 2023 | $1,268 | $50 | $0 on 8/5/2023 |
| Sep 2023 | $1,263 | $50 | $0 on 8/5/2023 |
| Aug 2023 | $1,259 | $0 | $0 on 8/5/2023 |

**Additional info**

The original amount of this account was $1,168

---

 **Contact Info**

| | |
|---|---|
| Address | 120 N SEVEN OAKS DR,<br>KNOXVILLE TN 37922 |
| Phone Number | (865) 342-5500 |

---

 **Comment**

**Current:**

None

**Previous:**

**Payment Deferred.**

Oct 2024, May 2024, Jan 2024

---

 **Reinvestigation Info**

**This item was updated from our processing of your dispute in May 2025.**

---

## NATIONAL CREDIT SYSTEMS

### POTENTIALLY NEGATIVE

---

 **Account Info**

| | |
|---|---|
| Account Name | NATIONAL CREDIT SYSTEMS |
| Account Number | 408907X |
| Account Type | Collection |
| Responsibility | Joint with OWEN CRANSTON |
| Date Opened | 04/10/2019 |
| Status | Collection account. $4,475 past due as of Aug 2025. |
| Status Updated | Apr 2019 |
| Balance | $4,475 |
| Balance Updated | 08/10/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $4,475 |
| Highest Balance | - |

| Terms | 1 Month |
|---|---|
| On Record Until | Nov 2025 |

## $ Payment History

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | C | C | C | ND | C | C | C | C | – | – | – | – |
| 2024 | C | C | C | C | ND | C | C | C | C | C | C | C |
| 2023 | C | C | C | C | C | C | ND | C | C | C | C | C |
| 2022 | C | C | C | C | C | C | ND | C | C | C | C | C |
| 2021 | – | – | – | C | C | C | ND | C | C | C | C | C |

| C | Collection | ND | No data for this period |
|---|---|---|---|

**Payment history guide**

Collection as of Aug 2025 to May 2025,Mar 2025 to Jun 2024,Apr 2024 to Aug 2023,Jun 2023 to Aug 2022,Jun 2022 to Aug 2021,Jun 2021 to Apr 2021

This account is scheduled to continue on record until Nov 2025.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2025 | $4,475 | $0 | $0 |
| Jun 2025 | $4,475 | $0 | $0 |
| May 2025 | $4,475 | $0 | $0 |
| Apr 2025 | $4,475 | $0 | $0 |
| Mar 2025 | $4,475 | $0 | $0 |
| Feb 2025 | $4,475 | $0 | $0 |
| Jan 2025 | $4,475 | $0 | $0 |
| Jan 2025 | $4,475 | $0 | $0 |

**Additional info**

The original amount of this account was $4,475



## Historical Info

Original Creditor                    **SSC TALLAHASSEE
                                     APARTMENTS LLC**



## Contact Info

Address                              **PO BOX 672288,
                                     MARIETTA GA 30006**

Phone Number                         <u>(404) 629-9595</u>



## Comment

### Current:

**Completed investigation of FCRA dispute - consumer disagrees.**

### Previous:

**Completed investigation of FCRA dispute - consumer disagrees.**

## Aug 2022 to Jul 2025



## Reinvestigation Info

**This item was updated from our processing of your dispute in
May 2025.**

# SELF FINANCIAL/LEAD BANK

## Account Info

| | |
|---|---|
| Account Name | **SELF FINANCIAL/LEAD BANK** |
| Account Number | **1947XXXX** |
| Account Type | **Secured Loan** |
| Responsibility | **Individual** |
| Date Opened | **08/07/2020** |
| Status | **Paid, Closed/Never late.** |
| Status Updated | **Apr 2021** |
| Balance | **-** |
| Balance Updated | **-** |
| Recent Payment | **-** |
| Monthly Payment | **-** |
| Original Balance | **$539** |



Highest Balance                           -

Terms                                     **12 Months**

## $ Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ND | CLS | — | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   Current / Terms met      CLS    Closed

ND   No data for this period

## ✉ Contact Info

Address                                   **1801 MAIN ST,
KANSAS CITY MO 64108**

Phone Number                              **(866) 845-9545**

## Reinvestigation Info

**This item was updated from our processing of your dispute in Apr 2025.**

---

## WELLS FARGO AUTO
### POTENTIALLY NEGATIVE

## Account Info

Account Name          **WELLS FARGO AUTO**

Account Number        **517655XXXXXX**

Account Type          **Auto Loan**

Responsibility        **Individual**

Date Opened           **03/04/2021**

Status                **Account charged off. $30,000 written off. $12,599 past due as of Jul 2025.**

Status Updated        **June 2024**

Balance               **$12,599**

Balance Updated       **07/23/2025**

Recent Payment        -

Monthly Payment       -

| | |
|---|---|
| Original Balance | $46,611 |
| Highest Balance | - |
| Terms | 72 Months |
| On Record Until | Jul 2029 |

## $ Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2024 | 90 | 90 | 90 | 90 | 90 | CO | CO | CO | CO | CO | CO | CO |
| 2023 | 60 | 60 | 30 | 60 | 60 | 90 | 60 | 30 | 60 | 60 | 60 | 60 |
| 2022 | 30 | 30 | 30 | ✓ | 30 | 60 | 60 | 30 | 60 | ✓ | 30 | 30 |
| 2021 | — | — | — | ✓ | ✓ | ✓ | 30 | 30 | 60 | ✓ | ✓ | 30 |



| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Jul 2025 to Jun 2024

90 days past due as of May 2024 to Jan 2024,Jun 2023

60 days past due as of Dec 2023 to Sep 2023,Jul 2023,May 2023,Apr 2023,Feb 2023,Jan 2023,Sep 2022,Jul 2022,Jun 2022,Sep 2021

30 days past due as of Aug 2023,Mar 2023,Dec 2022,Nov 2022,Aug 2022,May 2022,Mar 2022 to Dec 2021,Aug 2021,Jul 2021

This account is scheduled to continue on record until Jul 2029.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $12,599 | $0 | $0 on 11/21/2024 |
| May 2025 | $12,599 | $0 | $0 on 11/21/2024 |
| Apr 2025 | $12,599 | $0 | $0 on 5/14/2024 |
| Mar 2025 | $12,599 | $0 | $0 on 11/21/2024 |
| Dec 2024 | $12,599 | $0 | $0 on 11/21/2024 |

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Nov 2024 | $10,600 | $0 | $19,400 on 11/21/2024 |
| Nov 2024 | $30,460 | $0 | $0 on 5/14/2024 |
| Aug 2024 | $30,000 | $0 | $0 on 5/14/2024 |
| Jul 2024 | $30,000 | $0 | $0 on 5/14/2024 |
| Jun 2024 | $30,000 | $0 | $0 on 5/14/2024 |
| May 2024 | $29,800 | $823 | $823 on 5/14/2024 |
| Apr 2024 | $30,390 | $823 | $824 on 3/26/2024 |
| Mar 2024 | $30,972 | $823 | $823 on 3/16/2024 |
| Feb 2024 | $31,560 | $823 | $823 on 2/10/2024 |
| Jan 2024 | $32,131 | $823 | $0 on 12/21/2023 |
| Dec 2023 | $31,877 | $823 | $823 on 12/21/2023 |
| Nov 2023 | $32,450 | $823 | $569 on 10/26/2023 |
| Oct 2023 | $32,762 | $823 | $900 on 9/27/2023 |
| Sep 2023 | $33,422 | $823 | $0 on 8/22/2023 |
| Aug 2023 | $33,166 | $823 | $1,823 on 8/22/2023 |

**Additional info**

The original amount of this account was $46,611



**Contact Info**

Address                                          PO BOX 71092,
                                                 CHARLOTTE NC 28272

Phone Number                                     (800) 289-8004



**Reinvestigation Info**

This item was updated from our processing of your dispute in Apr
2025.

## Public Records

| BALTIMORE MD 21235 | 10/28/2024 and 09/08/2024<br><br>100 CROSS ST STE 202,<br>SAN LUIS OBISPO CA 93401<br><br>(805) 782-8282 | 50306<br>(800) 642-4720 | |

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc.  You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com .

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

**Know Your Rights**

# Fair Credit Reporting Act (FCRA)

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

**A Summary of Your Rights Under the Fair Credit Reporting Act.**

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected,

usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local**



**FEDERAL TRADE COMMISSION**
PROTECTING AMERICA'S CONSUMERS

# Advisory Opinion to Darcy (06-30-00)

June 30, 2000

Denise A. Darcy, Esq.

Asst. General Counsel

TRANS UNION

555 West Adams Street

Chicago, Illinois 60661

Dear Ms. Darcy:

This responds to your letter dated concerning whether the Fair Credit Reporting Act ("FCRA") allows Trans Union or another consumer reporting agency ("CRA"), for security purposes, to "truncate, scramble or mask the account number and social security number" when making file disclosures to consumers. You report that such a procedure has been recommended to you by a consumer who was recently the victim of account takeover fraud by a perpetrator who fraudulently procured the individual's Trans Union file by impersonating the consumer. You state: "While some creditors truncate or scramble the data before they supply it to us, not all do; therefore, many of the account numbers on our file are complete and accurate, and that is what we disclose to the consumer."

Section 609(a)(1) of the FCRA states that CRAs, including major credit bureaus such as Trans Union, "shall, upon request (by a consumer), clearly and accurately disclose to the consumer . . . *All information* in the consumer's file at the time of the request" (emphasis added). If the "information in the consumer's file at the time of the request" includes account and social security numbers, the provision thus normally requires that the CRA "clearly and accurately" include such items in its disclosure to consumers. However, because the trigger for a file disclosure is a "request" by a consumer, a CRA may allow consumers (such as the individual in your letter) to choose truncation or other security measures in their own file disclosure. In other words, although Section 609 provides consumers with a right to *all information* in the file, a CRA may provide a method for the consumer to ask for less than all information and then comply with that "request" when it makes the disclosure.

**EXHIBIT C**

In sum, it is our view that a CRA that always scrambles or truncates account (or social security) numbers does not technically comply with Section 609 because it does not provide "accurate" (and perhaps not "clear") disclosure of "all information" in the file. However, if a consumer's "request" for a file disclosure is framed so as to allow some items in the file to be abbreviated or revised in that fashion, a CRA making such a disclosure would comply with Section 609.

The opinions set forth in this informal staff letter are not binding on the Commission.

Sincerely yours,

Clarke W. Brinckerhoff